LCW

**FILED**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FEBRUARY 19, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

In the Matter of                                        Case Number:

Christopher Coleman,
      Plaintiff,
v.
P.O. John Doe 1-4, individually,
      Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Christopher Coleman

**08 C 1027**

| | |
|---|---|
| **NAME** (Type or print)<br>Ronak D. Patel | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ /s/ Ronak D. Patel | |
| **FIRM**<br>GREGORY E. KULIS & ASSOCIATES, LTD. | |
| **STREET ADDRESS**<br>30 N. LaSalle Street, Suite 2140 | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6290425 | **TELEPHONE NUMBER**<br>312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |