UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **QUENTON SAVADO,** | ) | |
| | ) | **Case No. 07 C 6472** |
| **Plaintiff,** | ) | |
| | ) | **Judge Castillo** |
| v. | ) | |
| | ) | **Magistrate Judge Schenkier** |
| **P.O. JAMES BRILL STAR #6491** | ) | **Jury Demand** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 10th day of January 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIF'S FIRST AMENDED COMPLAINT.**

/s/ Gregory E. Kulis
GREGORY E. KULIS & ASSOCIATES, LTD.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 10th day of January 2008, I, Gregory E. Kulis, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Gregory E. Kulis

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Savado v. Brill\Pleadings\NOF.doc