**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER COLEMAN** | ) | |
| | ) | **Case No. 08 C 1027** |
| **Plaintiff,** | ) | |
| | ) | **Judge Gettleman** |
| **v.** | ) | |
| | ) | **Magistrate Judge Valdez** |
| **P.O. FRANO, P.O. LAURETO, P.O FICO,** | ) | |
| **and P.O. NAPOLI, individually** | ) | **Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

**EXPARTE NOTICE OF FILING**

PLEASE TAKE NOTICE that on this 25th day of April 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIF'S FIRST AMENDED COMPLAINT.**

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 25th day of April 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Coleman, Chris\Pleadings\nof.docx