IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COLEMAN, | ) | |
| Plaintiff, | ) | No. 08 C 1027 |
| v. | ) | |
| | ) | JUDGE GETTLEMAN |
| P.O. FRANO, P.O. LAURETO, P.O. FICO, | ) | |
| and P.O. NAPOLI, individually, | ) | MAGISTRATE JUDGE VALDEZ |
| Defendants. | ) | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, Chicago Police Officers JOHN FRANO, STEVEN LAURETO, MICHAEL NAPOLI, AND VINCENT FICO, ("Defendants"), by their attorney, Gail L. Reich, Assistant Corporation Counsel, move this court for an extension of time to answer or otherwise plead in response to Plaintiff's First Amended Complaint until July 31, 2008, and in support thereof state:

1. Plaintiff filed his complaint on February 19, 2008, alleging federal claims under 42 U.S.C. § 1983 against four unnamed police officers. On April 25, 2008, Plaintiff filed his First Amended Complaint, naming Defendants FRANO, LAURETO, NAPOLI, and FICO as individual defendants.

2. Defense counsel needs additional time meet with and interview Defendants FRANO, LAURETO, NAPOLI, and FICO and to obtain and review the relevant documents prior to filing their responsive pleading. Therefore, Defendants request until July 31, 2008 to answer or otherwise plead to Plaintiff's First Amended Complaint.

3. This is Defendants' first request for an extension. This extension request is not made to delay the proceedings, but only to allow Defendants an adequate opportunity to respond to the

allegations in Plaintiff's First Amended Complaint.  No prejudice will come to Plaintiff as a result of this court granting Defendant's motion.

    4.    Defense counsel has spoken with Plaintiff's counsel, who has agreed to the extension requested in the instant motion.

    WHEREFORE, Defendants request this court to enter an order granting an extension to July 31, 2008, to answer or otherwise plead in response to Plaintiff's First Amended Complaint.

    Respectfully submitted,

    GAIL L. REICH
    **/s/ *Gail L. Reich***
    Assistant Corporation CounselAttorney for Defendants Frano, Laureto, Napoli and Fico

30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-1975
Attorney No. 06279564