IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COLEMAN, | ) | |
|     Plaintiff, | ) | No. 08 C 1027 |
| v. | ) | |
| | ) | JUDGE GETTLEMAN |
| P.O. FRANO, P.O. LAURETO, P.O. FICO, | ) | |
| and P.O. NAPOLI, individually, | ) | MAGISTRATE JUDGE VALDEZ |
|     Defendants. | ) | |

**NOTICE OF AGREED MOTION**

To:    Ronak Patel
        Gregory E. Kulis & Assoc.
        30 N. LaSalle St., Suite 2140
        Chicago, IL 60602

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead.

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gettleman, or before such other Judge sitting in his place or stead, on the 17th day of July, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

     **DATED** at Chicago, Illinois July 14, 2008.

                                                          Respectfully submitted,

                                                          /s/ Gail L. Reich
                                                          Gail L. Reich
                                                          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and Motion for Extension of Time to Answer or Otherwise Plead via electronic filing** to the persons named in the foregoing Notice at the addresses therein shown, on July 14, 2008.

                              /s/ Gail Reich
                              Gail Reich
                              Assistant Corporation Counsel