UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER COLEMAN** ) | |
| ) | Case No. 08 C 1027 |
| **Plaintiff,** ) | |
| ) | Judge Gettleman |
| v. ) | |
| ) | Magistrate Judge Valdez |
| **P.O. FRANO, P.O. LAURETO, P.O FICO,** ) | |
| **and P.O. NAPOLI, individually** ) | Jury Demand |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE HIS
SECOND AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, CHRISTOPHER COLEMAN, by and through his attorneys, Gregory E. Kulis and Associates, and asks this Honorable Court for leave to file Plaintiff's Second Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a). In support of his request, Plaintiff states as follows:

1. On February 19, 2008, Plaintiff filed his Complaint at Law against Defendants, P.O. John Does 1-4, asserting claims of false arrest and excessive force in violation of Plaintiff's rights protected by 42 U.S.C. §§ 1983 and 1988.

2. On April 25, 2008, Plaintiff filed his First Amended Complaint, naming the four individual defendants.

3. After further review, Plaintiff became aware of an inaccuracy in his complaint with regards to the date of the incident, which was inadvertently and incorrectly input as June 6, 2006.

4. Plaintiffs' proposed Second Amended Complaint, attached as Exhibit A:

      a.   Amends the date in paragraph 4 of Count I from June 6, 2006 to June 26, 2007.

5.   Counsel for Plaintiff has advised counsel for Defendants of this motion and Defendants' counsel has no objection.

WHEREFORE, Plaintiff CHRISTOPHER COLEMAN respectfully requests this Honorable Court to enter an order granting him leave to leave to file Plaintiff's Second Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a), and for such other relief the Court deems appropriate.

                                          Respectfully submitted,
                                          CHRISTOPHER COLEMAN

                    BY:   /s/ Ronak Patel
                            One of Plaintiff's Attorneys

GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-1830