UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER COLEMAN** ) | |
| ) | **Case No. 08 C 1027** |
| **Plaintiff,** ) | |
| ) | **Judge Gettleman** |
| v. ) | |
| ) | **Magistrate Judge Valdez** |
| **P.O. FRANO, P.O. LAURETO, P.O FICO,** ) | |
| **and P.O. NAPOLI, individually** ) | **Jury Demand** |
| ) | |
| **Defendants.** ) | |

### NOTICE OF MOTION

TO:   Gail Reich
      City of Chicago - Law Dept.
      30 N. LaSalle, 14th Fl.
      Chicago, IL 60602

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Gettleman on the 12th day of August, 2008 at 9:10 a.m. or as soon thereafter as counsel may be heard, and then and there present the **Agreed Motion for Leave to File Plaintiff's Second Amended Complaint** a copy of which is attached hereto.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 7th day of August, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

/s/ Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**